

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-14-00694-CV

Robert **LEAL** and Ramiro Leal,
Appellants

v.

**CUANTO ANTES MEJOR, LLC**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-02-00041-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Appellants' Motion for Rehearing is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court